IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

WANDA H.,
        Plaintiff(s),

   v.                                     Case No. 3:24-cv-4
                                             (Litkovitz, MJ ; Consent Case)

Commissioner of Social Security,
        Defendant(s).

## JUDGMENT IN A CIVIL CASE

**[ ]**    **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[X]**    **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: **ORDER that plaintiff's Statement of Errors (Doc. [8]) is SUSTAINED IN PART AND OVERRULED IN PART and the Commissioner's non-disability finding is REVERSED AND REMANDED FOR FURTHER PROCEEDINGS consistent with this Order.** (See Doc. 11).

Date: January 10, 2025

1 The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended that, due to significant privacy concerns in social security cases, federal courts should refer to claimants only by their first names and last initials.

                                                   Richard W. Nagel, Clerk of Court
                                                   By:  s/Arthur Hill, deputy clerk